```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :    UNSEALING ORDER
                                     :
           -v.-                      :    22 Cr. 212 JGK
                                     :
                                     :
MICHAEL MESSINA,                     :
                                     :
                 Defendant           :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Celia V. Cohen;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment partially unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed for the limited purpose of providing the defendant, his counsel, the Court, and court personnel (including Pretrial Services) a copy thereof and assigning a District Court judge, but

that the Indictment not otherwise be accessible on the public docket until further order of the Court.

SO ORDERED.

Dated: New York, New York
       April 13, 2022

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE