March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

MICHAEL MESSINA, et. al.

Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY TELECONFERENCE

22-CR-212(JGK) (    )

Defendant __MICHAEL MESSINA__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Michael Messina__
Print Defendant's Name

_____
Defense Counsel's Signature

__Michael A. Marinaccio__
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

__7/28/22__
Date

_____
U.S. District Judge/U.S. Magistrate Judge