UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                        22-cr-212 (JGK)

MICHAEL MESSINA, ET AL.,         ORDER

                Defendants.

---

JOHN G. KOELTL, District Judge:

The defense may submit any motions by **February 24, 2023**. The Government may respond by **March 24, 2023**. The defense may reply by **April 14, 2023**. A hearing is scheduled for **April 28, 2022** at **10:00 a.m.** to discuss any motions brought by the defense.

The Government should provide a Rule 404(b) evidentiary notice by **May 5, 2023**. Any motions in limine, voir dire requests, and requests to charge are due by **May 12, 2023**. Responses and objections are due by **May 26, 2023**. The final pretrial conference is scheduled for **June 9, 2023** at **10:00 a.m.** A firm trial date is set for **June 19, 2023** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           October 27, 2022

                                          John G. Koeltl
                                          United States District Judge