```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
UNITED STATES OF AMERICA

       - against -                    22-cr-212 (JGK)

MICHAEL MESSINA, ET AL.,         ORDER

                 Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The next conference is scheduled for **April 28, 2023**, at **10:00 a.m.** Trial is scheduled for **June 19, 2023**, at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow the Government to make discovery, and to allow the defendants to review that discovery and to decide what motions, if any, the defendants intend to make, and because of the complexity of the case, the Court prospectively excludes the time from today, **October 27, 2022**, until **June 19, 2023** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
            October 27, 2022

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                          United States District Judge