March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

MICHAEL MESSINA, et. al.

        Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR 212 (JGK)(    )

Defendant ___Michael Messina___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_xx_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

___Michael Messina___
Print Defendant's Name

___Michael A. Marinaccio___
Print Defense Counsel's Name

on 10/27/22

This proceeding was conducted by reliable teleconference technology.

___10/27/22___
Date

_____
U.S. District Judge/U.S. Magistrate Judge
10/28/22