UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,


          -against-                                  22 cr 212 (JGK)

MICHAEL MESSINA, et al.,                    **ORDER**
                    Defendants.
-------------------------------------------------------------------X

The final pretrial conference, scheduled for Friday, June 9, 2023, at 10:00am, is

**advanced to Tuesday, June 6, 2023, at 10:30am.**

**SO ORDERED.**

                                         **JOHN G. KOELTL**
                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 17, 2023