# Lawrence R. DiGiansante
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

e-mail: Ldcrimlaw@optonline.net

March 1, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re: United States v. Nicholas Calisi, S1 22 Cr. 212(JGK)**

Dear Judge Koeltl:

  I am writing regarding my client, Mr. Nicholas Calisi. After conferring with the Government, the parties propose a consent modification of Mr. Calisi's current bail conditions. Mr. Calisi's bail conditions would be modified from the current status of home incarceration to home detention. The other remaining conditions in Your Honor's May 11 order shall remain in effect.

  I thank Your Honor for your consideration concerning this request.

Very truly yours,

*Lawrence DiGiansante*

Lawrence DiGiansante

```
Application granted. SO ORDERED.

New York, NY        /s/ John G. Koeltl
March 4, 2023       John G. Koeltl, U.S.D.J.
```