

THE LAW OFFICE OF
# MICHAEL A. MARINACCIO

245 MAIN STREET
SUITE 420
WHITE PLAINS, NY 10601

914-761-0707
(Fax) 914-761-0795

MICHAELM@MAMARINACCIOLAW.COM
WWW.MAMARINACCIOLAW.COM

June 14, 2023

Via ECF

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1316

New York, New York

Application granted. SO ORDERED.

New York, NY   /s/ John G. Koeltl
June 16, 2023  John G. Koeltl, U.S.D.J.

RE:  United States v. Michael Messina et. al.
     S1 22Cr 212(JGK)

Dear Judge Koeltl:

My Office represents Michael Messina who is scheduled to be sentenced by Your Honor on June 28, 2023 upon his plea of guilty to Count One of the above referenced Indictment charging him and others with racketeering conspiracy in violation f 18 U.S.C.§ 1962(d). I have prepared a sentencing submission which is ready for service and filing. It is respectfully requested, however, that due to the sensitive medical information included therein we be permitted to file the submission under seal.

I will serve the government and Probation Department via e-mail.

Very truly yours,

Michael A. Marinaccio, Esq.

MAM/MESSINA/HonKoeltl01423