```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -

MICHAEL MESSINA ET AL.,

          Defendants.

22-cr-212 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant has requested that he be placed on strict curfew rather than home incarceration for the period remaining before his self-surrender to F.M.C. Fort Devens, Massachusetts. See ECF No. 224. The Government opposes the application but notes that it would agree to the defendant's leaving his home on a case-by-case basis provided there is adequate notice to the Government and pre-trial services. See ECF No. 226. In view of the Government's agreement, the application to replace the conditions of home incarceration with a curfew is **denied** without prejudice to any subsequent application to the Court.

SO ORDERED.

Dated:    New York, New York
           December 7, 2023

                                        John G. Koeltl
                                    United States District Judge