

THE LAW OFFICE OF
## MICHAEL A. MARINACCIO

245 MAIN STREET
SUITE 420
WHITE PLAINS, NY 10601

914-761-0707
(FAX) 914-761-0795

MICHAELM@MAMARINACCIOLAW.COM
WWW.MAMARINACCIOLAW.COM

---

May 21, 2024

Via ECF

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1316

---

Application granted. **SO ORDERED.**

Dated May 23, 2024          /s/ John G. Koeltl
New York, New York          John G. Koeltl, U.S.D.J.

---

RE:   United States v. Michael Messina et. al.
      22 Cr 212(JGK)

Dear Judge Koeltl:

On behalf of Defendant Michael Messina, I write respectfully to request that the Court order the return of Mr. Messina's U.S. Passport to his family.

On January 12, 2024, Mr. Messina surrendered to FMC Devens to serve the sentence imposed in this case. On January 16, 2024, Pretrial Services advised counsel by e-mail that an order by the Court is required for the release of Mr. Messina's passport to his family.

The Court's time and consideration of this request are greatly appreciated.

Very truly yours,

Michael A. Marinaccio, Esq.

MAM/MESSINA/HonKoeltl052124